Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
GERARDO TORRES

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| GERARDO TORRES, | ) | **Case No.: 2:16-cv-1528** |
|---|---|---|
| | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITIBANK, N.A.; DEPARTMENT | ) | |
| STORES NATIONAL BANK; | ) | |
| | ) | |
| Defendant(s). | ) | |

NOW COMES Plaintiff, GERARDO TORRES, through his attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

Date: April 27, 2016                    RESPECTFULLY SUBMITTED,

                                   By:/s/ Matthew A. Rosenthal
                                      Matthew A. Rosenthal
                                      Attorney for Plaintiff,
                                      GERARDO TORRES


## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 27, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System.  Notice of said filing was served via e-mail transmission to the following:

Marcos Sasso
Stroock & Stroock & Lavan LLP
msasso@stroock.com
Attorney for Defendants,
CITIBANK, N.A.;
DEPARTMENT STORES NATIONAL BANK