Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
GERARDO TORRES

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| GERARDO TORRES, | ) **Case No.: 2:16-cv-1528** |
| | ) |
| | ) **NOTICE OF VOLUNTARY** |
| Plaintiff, | ) **DISMISSAL PURSUANT TO FED.** |
| | ) **R. CIV. P. 41(a)(1)(A)(i)** |
| v. | ) |
| | ) |
| | ) |
| CITIBANK, N.A.; DEPARTMENT | ) |
| STORES NATIONAL BANK; | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

**PLEASE TAKE NOTICE** that Plaintiff Gerardo Torres, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims in this action as to himself in his individual capacity *with prejudice*.  Defendants Citibank, N.A. and Department Stores National Bank have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

Date: May 26, 2016                 RESPECTFULLY SUBMITTED,

                                   By:/s/ Matthew A. Rosenthal
                                      Matthew A. Rosenthal
                                      Attorney for Plaintiff,
                                      GERARDO TORRES


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System.  Notice of said filing was served via e-mail transmission to the following:

Marcos Sasso
Stroock & Stroock & Lavan LLP
msasso@stroock.com
Attorney for Defendants,
CITIBANK, N.A.;
DEPARTMENT STORES NATIONAL BANK